THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN BREST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRANSUNION, LLC and EVERGREEN MONEYSOURCE MORTGAGE COMPANY,<br><br>　　　　Defendant. | No. 2:21-cv-00608-RSL<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

This matter having come on the Court's docket following Defendant Evergreen Moneysource Mortgage Company's ("Defendant") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint ("Motion") (Dkt. # 16),

IT IS HEREBY ORDERED THAT:

Defendant's Motion is GRANTED. Defendant's time to file a responsive pleading, whether by Answer or Motion, is extended until on or before July 29, 2021.

DATED:　　　June 30, 2021.

*/s/ Robert S. Lasnik*
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

117325884

- 1 -

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Troutman Pepper Hamilton Sanders LLP
100 SW Main St.
Suite 1000
Portland, OR 97204

PRESENTED BY:
TROUTMAN PEPPER HAMILTON
SANDERS, LLP


By: */s/ Román D. Hernández*
Román D. Hernández, WSBA No. 39939
Troutman Pepper Hamilton Sanders LLP
100 SW Main Street, Suite 1000
Portland, OR 97204
Telephone: 503.290.2400
Email: roman.hernandez@troutman.com

Attorneys for Defendant

EVERGREEN MONEYSOURCE
MORTGAGE COMPANY

117325884 - 2 -

Troutman Pepper Hamilton
Sanders LLP
100 SW Main St.
Suite 1000
Portland, OR 97204

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT