Benjamin I. VandenBerghe, Esq., WSBA #35477               Judge Robert S. Lasnik
Christopher M. Reed, Esq., WSBA #49716
Montgomery Purdue PLLC
5500 Columbia Center
701 Fifth Avenue
Seattle, WA  98104-7096
Telephone:  206-682-7090
Fax:  206-625-9534
E-Mail:  biv@montgomerypurdue.com
             creed@montgomerypurdue.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| BRIAN BREST,<br>    Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC and EVERGREEN MONEYSOURCE MORTGAGE COMPANY,<br>    Defendants. | CASE NO. 2:21-cv-00608-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC ONLY** |

Plaintiff Brian Brest, ("Plaintiff") by counsel, and Defendant Trans Union LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                        Respectfully submitted,


Date:   11/22/2021                       /s/ Ari Marcus
                                        Ari Marcus, Esq.
                                        Yitzchak Zelman, Esq.

                                        *Lead Counsel for Plaintiff Brian Brest*

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1**
**(2:21-cv-00608-RSL)**
{13288/105/02692623-2}

**MONTGOMERY PURDUE** PLLC
ATTORNEYS AT LAW
701 FIFTH AVENUE, SUITE 5500
SEATTLE, WA  98104-7096
TEL (206) 682-7090  FAX (206) 625-9534

Michael Brubaker, Esq.

*Local Counsel for Plaintiff Brian Brest*

Date: 11/22/2021

/s/ Christopher M. Reed
Benjamin I. VandenBerghe, Esq., WSBA #35477
Christopher M. Reed, Esq., WSBA #49716

*Local Counsel for Defendant Trans Union, LLC*

IT IS SO ORDERED.

Dated this 23rd day of November, 20 21.

*[signature]*
Robert S. Lasnik
United States District Judge

**STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
(2:21-cv-00608-RSL)**
{13288/105/02692623-2}

**MONTGOMERY PURDUE** PLLC
ATTORNEYS AT LAW
701 FIFTH AVENUE, SUITE 5500
SEATTLE, WA 98104-7096
TEL (206) 682-7090  FAX (206) 625-9534