UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN BREST,<br><br>                    Plaintiff,<br>    v.<br><br>TRANSUNION, LLC and EVERGREEN MONEYSOURCE MORTGAGE COMPANY,<br><br>                    Defendants. | Civil Action No.: 2:21-cv-00608-RSL<br><br><br><br>**DISMISSAL ORDER** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' December 22, 2021 Stipulation of Dismissal, all claims asserted against Defendant **EVERGREEN MONEYSOURCE MORTGAGE COMPANY** only in Civil Action No. 2:21-cv-00608-RSL, are dismissed without prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 23rd day of December, 2021.**

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

122293681